UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re 3D Systems Corporation Stockholder Derivative Litigation | Case No. 1:21cv3389-NGG |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)A(i)

WHEREAS, on June 15, 2021 and April 18, 2022, stockholders Thang Duc Nguyen and Geza Bohus ("Plaintiffs"), respectively, filed verified shareholder derivative complaints in this Court (the "Actions") against defendants Vyomesh I. Joshi, Todd A. Booth, Jeffrey A. Graves, Wayne Pensky, Jagtar Narula, Malissia R. Clinton, William E. Curran, Thomas W. Erickson, Charles W. Hull, William D. Humes, Jim D. Kever, Charles G. McClure, Jr., Kevin S. Moore, Vasant Padmanabhan, John J. Tracy, and Jeffrey Wadsworth (the "Individual Defendants") and 3D Systems Corporation ("3D Systems" or "Nominal Defendant," and together with Individual Defendants (the "Defendants));

WHEREAS, on August 27, 2021, the Court granted a motion to stay the Nguyen Action ("Order to Stay") by docket entry;

WHEREAS, on June 16, 2022, the Court granted Plaintiffs' Stipulation and [Proposed] Order Consolidating Cases, Appointing Co-Lead Counsel and Related Matters, and the cases remained stayed pursuant to the terms of the Order to Stay;

WHEREAS, on October 21, 2024, Plaintiffs' claims, as well as those of all other 3D Systems stockholders, were resolved by the settlement and court approval of a stockholder derivative action proceeding in state court in South Carolina captioned *In re 3D Systems Corp. S'holder Derivative Litigation*, No. 2021-CP-46-02308 (S.C. Ct. Com. Pl. York Cnty. May 14, 2024)) ("South Carolina Action")[1];

---

[1] The Final Approval Order from the South Carolina Action is attached hereto as Exhibit A.

WHEREAS, the Plaintiffs, Thang Duc Nguyen and Geza Bohus, through their undersigned counsel, pursuant to F.R.C.P. 41(a)(1)A(i) of the Federal Rules of Civil Procedure, hereby notice their voluntary dismissal of this action with prejudice, with each party to bear their own costs and fees; and

WHEREAS, notice of the dismissal of the Actions is not required under Federal Rule of Civil Procedure 23.1(c) because the claims brought in this action have been settled following court-approved notice and subsequent court approval of the derivative settlement in the South Carolina Action. Defendants concur that additional notice to stockholders is not required and do not oppose this dismissal.

WHEREFORE, Plaintiffs respectfully submit this notice of voluntary dismissal.

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

cc via ECF: Attorneys for all Parties

*Matthew M. Houston*
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

**So Ordered.**
/s/ Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 12/02/2024

**HYNES & HERNANDEZ, LLC**

*Michael J. Hynes*
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
E-mail: mhynes@hh-lawfirm.com

*Co-Lead Counsel for Plaintiffs*